Jonathan A. Stieglitz, Esq.
 (SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800 Los
Angeles, California 90064
Telephone: (323) 979-2063
Facsimile: (323) 488-6748
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CARLOS ALVAREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC and JOHN DOES 1-25,<br><br>Defendants. | Case No.: 2:19-cv-01621-WBS-CKD<br><br>**ORDER FOR CASE DISMISSAL WITH PREJUDICE** |

THE COURT having reviewed the Parties' Proposed Stipulation for

Dismissal With Prejudice, and being fully advised in the premises, DOES

HEREBY ORDER, that the Case is dismissed with prejudice with each party to bear their respective costs and fees.

IT IS SO ORDERED.

Dated: December 27, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE